R. Sam Hopkins, Chapter 7 Trustee
ECF email: shopkins@ecf.epiqsystems.com
Correspondence email:  samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone:  (208) 478-7978
FAX:  (208) 478-7976

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) Chapter 7 |
| MILLER, CHRISTOPHER EDWARD | ) Case No.: **14-41338 - JDP** |
| MILLER, MELISSA MARIE | ) |
| Debtor(s). | ) **TRUSTEE'S OBJECTION TO CLAIMS and NOTICE** |

**TO:    NOBLE FINANCE**
       **ATTN:  TONI DIMICK, MANAGER**
       **1675 S WOODRUFF**
       **IDAHO FALLS, ID 83404**

## NOTICE OF OBJECTION TO CLAIMS

**YOU ARE HEREBY NOTIFIED** that the Trustee has filed an objection to the allowance of your claim no. 8 and 9 filed on 02/23/15 in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.**  You should read these papers carefully and discuss them with your attorney, if you have one.

**YOU ARE FURTHER NOTIFIED** that if you do not want the Court to eliminate or change your claim and you wish to contest with the Trustee's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed.  File the original (1) with the Clerk of the U.S. Bankruptcy Court, Federal Building, 801 E. Sherman, Pocatello, ID 83201, and (2) a copy with the Trustee.  *If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty (30) day period.*

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter, which can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period.  Failure to file a written reply will result in the Trustee requesting that the Court enter an Order disallowing the claim to the extent objected to.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim and may grant the Trustee's request.

## OBJECTION

Claimant has no statements or billing records attached to claim to prove how amount of claim was computed.  Unless claim is amended with documentation, claim should be disallowed.

**Dated this Tuesday, May 19, 2015.**         /s/ R. Sam Hopkins
                                                R. SAM HOPKINS, TRUSTEE

**CERTIFICATE OF MAILING**

I hereby certify that on Tuesday, May 19, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) also listed below.

U.S. TRUSTEE, ECF

RYAN E FARNSWORTH, ECF

MILLER, CHRISTOPHER EDWARD
MILLER, MELISSA MARIE
819 BUCKBOARD CIRCLE
IDAHO FALLS, ID 83402

NOBLE FINANCE
ATTN:  TONI DIMICK, MANAGER
1675 S WOODRUFF
IDAHO FALLS, ID 83404

/s/ Michelle Hopkins
MICHELLE HOPKINS, BANKRUPTCY
ADMINISTRATOR